## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO | |
| Plaintiff, | |
| v. | Civil Action # _____ |
| ALAN S. MZENGI, *et al*. | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Zipora Mazengo, by and through undersigned counsel, respectfully moves for the admission *pro hac vice* of Elizabeth Keyes, a lawyer who is not a member of the bar of this district.  In support of this motion, Plaintiff attaches as Exhibit A the declaration of Ms. Keyes, in compliance with LCR83.2(d).

Wherefore, Plaintiff respectfully requests that this Court grant this Motion and admit Elizabeth Keyes *pro hac vice* as counsel for Plaintiff in this matter.

Dated: Washington, D.C.
     April 24, 2007

By: _____

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6000
Fax: (202) 639-6066
mvandenberg@jenner.com

EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO | |
| Plaintiff, | |
| v. | Civil Action # _____ |
| ALAN S. MZENGI, et al. | |
| Defendants. | |

## DECLARATION OF ELIZABETH KEYES IN SUPPORT OF MOTION FOR

## ADMISSION *PRO HAC VICE*

I, Elizabeth Keyes, hereby seek admission *pro hac vice* to this Court, and in compliance with LCR83.2(d) state as follows:

(1) My full name is Elizabeth Anne Keyes.

(2) My office address is 734 University Blvd. E., Silver Spring MD 20903, and my telephone number is (301) 431-4185 x 218.

(3) I am admitted to the bar of the United States District Court for Maryland, and to the bar of the State of Maryland.

(4) I certify that I have never been disciplined by any bar, at any time.

(5) I have never previously been admitted *pro hac vice* by this Court.

EXHIBIT 1

(6) I am not engaged in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, and I do not have an application pending before that bar.


I, Elizabeth Keyes, hereby declare under the penalties of perjury, that the foregoing statements are true and correct.


_____          _____

Elizabeth Keyes                                    Date

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

_____
                                |
ZIPORA MAZENGO                  |
                                |
            Plaintiff,          |
                                |
v.                              |        Civil Action # _____
                                |
ALAN S. MZENGI, _et al_.        |
                                |
            Defendants.         |
_____|


**ORDER**


In consideration of Plaintiff's Motion for Admission _Pro Hac Vice_, this Court hereby


    GRANTS Plaintiff's Motion for Admission _Pro Hac Vice_; and further

    ORDERS that the appearance of Elizabeth Keyes on behalf of Plaintiff be entered

immediately.



_____

Judge

U.S. District Court for the District of Columbia