A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ZIPORA MAZENGO

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| ALAN S. MZENGI AND STELLA MZENGI | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Martina E. Vandenberg___ as counsel in this
(Attorney's Name)

case for: ___Zipora Mazengo vs. Alan S. Mzengi and Stella Mzengi___
(Name of party or parties)

*April 24, 2007*
Date

D.C. Bar No. 476685
BAR IDENTIFICATION

_____
Signature

Martina E. Vandenberg
Print Name

Jenner & Block LLP, 601 13th Stret, N.W., Suite 1200
Address

Washington, D.C.  20005
City          State          Zip Code

202-639-6000
Phone Number