AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ZIPORA MAZENGO

          Plaintiff(s)   )
)
)   **APPEARANCE**
)
          vs.   )   CASE NUMBER
)
ALAN S. MZENGI AND STELLA MZENGI   )
          Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Lorelie S. Masters  as counsel in this
                                      (Attorney's Name)

case for:  Zipora Mazengo vs. Alan S. Mzengi and Stella Mzengi
                    (Name of party or parties)

April 25, 2007
Date

*Lorelie S. Masters*
Signature

Lorelie S. Masters
Print Name

D.C. Bar No. 358686
BAR IDENTIFICATION

Jenner & Block LLP, 601 13th Stret, N.W., Suite 1200
Address

Washington, D.C.  20005
City         State         Zip Code

202-639-6000
Phone Number