IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Civil Action No. 1:07-cv-00756 (RMC) |
| ) | |
| ALAN MZENGI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Plaintiff Zipora Mazengo.

I certify that I am admitted to practice *pro hac vice* in this court.

_____May 1, 2007_____          _____/s/_____
*Date*                            *Signature of Counsel*

                                  Elizabeth Keyes
                                  *Print Name*

                                  734 University Blvd. E.
                                  *Address*

                                  Silver Spring, MD 20903
                                  *City/State/Zip*

                                  (301) 431-4185 x 218     (301) 431-7599
                                  *Phone No.*              *Fax No.*

                                  ekeyes@casamd.org
                                  *Email Address*