AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZIPORA MAZENGO
c/o 734 East University Blvd.
Silver Spring, MD  20903

**SUMMONS IN A CIVIL CASE**

V.

ALAN S. MZENGI and STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD  20906

Case: 1:07-cv-00756
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/25/2007
Description: CIVIL RIGHTS-NON-EMPLOY.

TO: (Name and address of Defendant)

STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              APR 25 2007

CLERK                                DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Zipora Mazengo**

    Plaintiff

vs.

**Alan S. Mzengi and Stella Mzengi**

    Defendant

Attorney:

Jenner & Block
Martina Vandenberg
601 13th St., NW, Suite 1200 S.
Washington, DC. 20005

**Case Number:** 1:07-cv-00756

Legal documents received by Same Day Process Service on April 26th, 2007 at 3:00 PM to be served upon **Stella Mzengi at 1820 Middlebridge Dr., Silver Spring, MD. 20906**

I, Brandon A. Snesko, swear and affirm that on **April 26th, 2007 at 8:15 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Consent to Proceed Before a United States Magistrate Judge for all Purposes** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older to wit: **Alan Mzengi, Husband** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'8   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002840

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.