IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO )<br><br>Plaintiff, )<br><br>v )<br><br>ALAN MZENGI, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:07-cv-00756 (RMC) |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Plaintiff Zipora Mazengo.

I certify that I am admitted to practice *pro hac vice* in this court.

May 1, 2007                              /s/
*Date*                                   *Signature of Counsel*

Elizabeth Keyes
*Print Name*

734 University Blvd. E.
*Address*

Silver Spring, MD 20903
*City/State/Zip*

(301) 431-4185 x 218       (301) 431-7599
*Phone No.*                *Fax No.*

ekeyes@casamd.org
*Email Address*