UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO,

    Plaintiff,

v.

ALAN MZENGI, *et al.*,

    Defendants.

Civil Action No. 1:07-cv-00756 (RMC)

## PLAINTIFF'S REQUEST FOR THE CLERK TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff hereby requests that the Clerk enter default in this matter against Defendants on the ground that Defendants failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Martina E. Vandenberg ¶ 6.

    Plaintiff served the Summons and Complaint on Defendants on April 26, 2007, as evidenced by the proofs of service on file with this Court. Id. ¶ 2. Plaintiff has sent Defendants letters on two separate occasions urging Defendants to file a response and advising Defendants that Plaintiff intended to seek a default judgment. Id. ¶ 4. Neither Plaintiff nor the Court has granted Defendants any extensions of time to respond to the Complaint. Id. ¶ 5. Plaintiff is informed and believes that Defendants are not infants or incompetent persons or in the military service. Id. ¶ 7-8.

Respectfully Submitted,

Dated: June 1, 2007

*Lorelie Masters (ms)*
_____
Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005
Tel: (202) 639-6046
Fax: (202) 639-6066
mvandenberg@jenner.com

- and -

Elizabeth Keyes
CASA OF MARYLAND, INC.
Federal Bar No. 27992
CASA of Maryland, Inc.
734 University Blvd. E.
Silver Spring, MD  20903
Tel: (301) 431-4185, ext. 218
Fax: (301) 431-4179
ekeyes@casamd.org

*Attorneys for Plaintiff, Zipora Mazengo*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of June, 2007, I caused to be served by First Class Mail a copy of Plaintiff's Request for the Clerk to Enter Default upon the following:

ALAN S. and STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD  20906

_____
Martina E. Vandenberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO,

    Plaintiff,

v.

ALAN MZENGI, *et al.*,

    Defendants.

Civil Action No. 1:07-cv-00756 (RMC)

## DECLARATION OF MARTINA E. VANDENBERG IN SUPPPORT OF PLAINTIFF'S REQUEST FOR THE CLERK TO ENTER DEFAULT

I, Martina E. Vandenberg, declare:

1.     I am an attorney at law licensed to practice before this United States District Court. I am an associate in the law firm of Jenner & Block LLP, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would completely testify thereto.

2.     On April 25, 2007, Plaintiff filed the Complaint in this case against Defendants. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant Alan Mzengi was served with the Summons and Complaint on April 26, 2007. Attached hereto as Exhibit B is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant Stella Mzengi was served with the Summons and Complaint on April 26, 2007, by substitute service.

3.     More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4.      Plaintiff sent Defendants letters on two separate occasions urging Defendants to file a response and advising Defendants that Plaintiff intended to seek a default judgment.

5.      Neither Plaintiff nor the Court has granted Defendants any extension of time to respond to the Complaint.

6.      Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

7.      I am informed and believe that Defendants are not infants or incompetent persons.

8.      Defendant Alan S. Mzengi is a citizen of Tanzania, currently employed at the Embassy of Tanzania. Attached hereto as Exhibit C is a true and correct copy of a page from the Embassy of Tanzania's website, indicating that Alan S. Mzengi currently serves as Minister Plenipotentiary, Consular and Social Affairs at the Embassy of Tanzania in Washington, D.C. Stella Mzengi, his spouse, is also a foreign citizen. On information and belief, neither of these Defendants serves in the U.S. military.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1st__ day of __June '07__, at __Washington, DC__.

_Martina E. Vandenberg_
Martina E. Vandenberg

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZIPORA MAZENGO
c/o 734 East University Blvd.
Silver Spring, MD  20903

**SUMMONS IN A CIVIL CASE**

V.

ALAN S. MZENGI and STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD  20906

Case: 1:07-cv-00756
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/25/2007
Description: CIVIL RIGHTS-NON-EMPLOY.

TO: (Name and address of Defendant)

ALAN S. MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR 25 2007
CLERK                              DATE

_____
(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                              **District Of Columbia**

**Zipora Mazengo**                                           Attorney:

    Plaintiff                                       Jenner & Block
                                                             Martina Vandenberg
vs.                                                          601 13th St., NW, Suite 1200 S.
                                                             Washington, DC. 20005
**Alan S. Mzengi and Stella Mzengi**

    Defendant


**Case Number:** 1:07-cv-00756

Legal documents received by Same Day Process Service on April 26th, 2007 at 3:00 PM to be served upon **Alan S. Mzengi at 1820 Middlebridge Dr., Silver Spring, MD. 20906**

I, Brandon A. Snesko, swear and affirm that on **April 26th, 2007 at 8:15 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Consent to Proceed Before a United States Magistrate Judge for all Purposes** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'8   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**




I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000002839

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZIPORA MAZENGO
c/o 734 East University Blvd.
Silver Spring, MD 20903

**SUMMONS IN A CIVIL CASE**

V.

ALAN S. MZENGI and STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

Case: 1:07-cv-00756
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/25/2007
Description: CIVIL RIGHTS-NON-EMPLOY.

TO: (Name and address of Defendant)

STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 25 2007
_____            _____
CLERK                                       DATE

_Maureen Higgins_
(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

### United States District Court                    District Of Columbia

**Zipora Mazengo**

    Plaintiff

vs.

**Alan S. Mzengi and Stella Mzengi**

    Defendant

Attorney:

Jenner & Block
Martina Vandenberg
601 13th St., NW, Suite 1200 S.
Washington, DC. 20005

**Case Number:** 1:07-cv-00756

Legal documents received by Same Day Process Service on April 26th, 2007 at 3:00 PM to be served upon **Stella Mzengi at 1820 Middlebridge Dr., Silver Spring, MD. 20906**

I, Brandon A. Snesko, swear and affirm that on **April 26th, 2007 at 8:15 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Consent to Proceed Before a United States Magistrate Judge for all Purposes** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older to wit: **Alan Mzengi, Husband** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'8   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000002840

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO,

        Plaintiff,

v.

ALAN MZENGI, *et al.*,

        Defendants.

Civil Action No. 1:07-cv-00756 (RMC)

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendants Alan Mzengi and Stella Mzengi, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendants Alan and Stella Mzengi have failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendants Alan S. Mzengi and Stella Mzengi hereby is entered.

DATED: _____        By: _____
                                                                                                    Deputy Clerk