Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO

      Plaintiff(s)

v.

Civil Action No. 07-756 (RMC)

ALAN S. MZENGI, et al.

      Defendant(s)

RE:  ALAN S. MZENGI and STELLA MZENGI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      Deputy Clerk