IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO | ) |
| Plaintiff, | ) |
| v | ) Civil Action No. 1:07-cv-00756 (RMC) |
| ALAN MZENGI, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLAINTIFF Zipora Mazengo, through counsel, respectfully moves that the Court permit the withdrawal of Elizabeth Keyes CASA of Maryland, Inc., as her attorney of record in the above-captioned case. Plaintiff continues to be represented by Martina Vandenberg and Lorelie Masters in this matter.

                Respectfully submitted,

                CASA OF MARYLAND, INC.

      by:      /s/
                Elizabeth Keyes, Esq.
                734 University Blvd. E.
                Silver Spring, MD 20903
                (301) 431-4185, ext. 201

                *Counsel for Plaintiff*

**DATED: June 11, 2007**

**Certificate of Service**

I hereby certify that on this 11th day of June, 2007, I caused to be served by First Class Mail, a copy of Plaintiff's Motion for Withdrawal of Appearance upon the following:

ALAN S. and STELLA MZENGI
1820 Middlebridge Drive
Silver Spring MD 20906

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZIPORA MAZENGO | ) | |
| Plaintiff, | ) | |
| v | ) | Civil Action No. 1:07-cv-00756 (RMC) |
| ALAN MZENGI, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

In consideration of Plaintiff's Motion for Withdrawal of Counsel and any opposition thereto, this Court hereby

    GRANTS Plaintiff's Motion for Substitution of Counsel; and further

    ORDERS that the appearance of Elizabeth Keyes on behalf of Plaintiff be removed immediately.

_____

Judge

U.S. District Court for the District of Columbia