IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN MZENGI, *et al.*,<br><br>    Defendants. | Civil Action No. 1:07-cv-00756 (RMC) |

## DECLARATION OF MARTINA E. VANDENBERG IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

I, Martina E. Vandenberg, declare:

1. I am an attorney at law licensed to practice before this United States District Court. I am an associate in the law firm of Jenner & Block LLP, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would completely testify thereto.

2. On April 25, 2007, Plaintiff filed the Complaint. See Docket Entry No. 1.

3. On June 5, 2007, the Clerk of this Court entered the default of Defendant. See Docket Entry No. 11.

4. Defendants have not appeared in this action. Additionally, before Plaintiff sought entry of default, Plaintiff's counsel sent two letters to Defendants warning that Plaintiff would seek a default judgment if Defendants did not respond to the Complaint. Attached hereto as Exhibit A are true and correct copies of those two letters.

5. I am informed and believe that Defendants are not infants or incompetent persons. Defendants are foreign citizens and are therefore not members of the United States military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June 2007, at Washington, DC.

Martina E. Vandenberg