# Exhibit A
# to the Declaration of Martina E. Vandenberg

# JENNER&BLOCK

**VIA UPS HAND DELIVERY**

May 18, 2007

ALAN S. MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel 202-639-6000
www.jenner.com

Chicago
Dallas
New York
Washington, DC

**Martina E. Vandenberg**
Tel 202 639-6046
Fax 202 639-6066
mvandenberg@jenner.com

Re:   Zipora Mazengo v. Alan S. Mzengi and Stella Mzengi
      United States District Court for the District of Columbia
      Case No. 1:07-cv-00756-RMC

Dear Mr. and Mrs. Mzengi:

    This law firm is counsel to the Plaintiff Zipora Mazengo. You were served with the Summons and Complaint on April 26, 2007. As the Summons stated, the law required to you to file and serve a response to the Complaint within 20 days after you were served. Because you have failed to do so, Plaintiff now has the right to ask the Court to enter your default and to enter judgment against you for all of the relief sought in the Complaint, including monetary damages, attorneys' fees, and costs. We urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so. Failure to respond to the Complaint can have serious consequences for you.

    If you would like to try to settle this case promptly, you or your attorney may contact Plaintiff's counsel by phone at (202) 639-6046, by facsimile at (202) 639-6066, or by e-mail at mvandenberg@jenner.com. Contacting Ms. Mazengo's attorneys to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Martina E. Vandenberg

**JENNER&BLOCK**

**VIA OVERNIGHT MAIL**

Jenner & Block LLP　　　Chicago
601 Thirteenth Street, NW　Dallas
Suite 1200 South　　　　New York
Washington, DC 20005　Washington, DC
Tel 202-639-6000
www.jenner.com

May 24, 2007

ALAN S. MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

**Martina E. Vandenberg**
Tel 202 639-6046
Fax 202 639-6066
mvandenberg@jenner.com

STELLA MZENGI
1820 Middlebridge Drive
Silver Spring, MD 20906

Re:  **Zipora Mazengo v. Alan S. Mzengi and Stella Mzengi**
     **United States District Court for the District of Columbia**
     **Case No. 1:07-cv-00756-RMC**

Dear Mr. and Mrs. Mzengi:

This law firm is counsel to the Plaintiff Zipora Mazengo. We wrote to you on May 18, 2007, to notify you that you had failed to file and serve a response to the Complaint within the time required by law, and to urge you to do so immediately. You still have not done so.

We understand that since your receipt of our last letter, you had a family member contact Ms. Mazengo to discuss settlement options. While it is not appropriate for you or your representative to contact Ms. Mazengo directly to discuss settlement, we understand that you recognize the gravity of her substantial case against you. If you wish to settle this matter, you or your attorney may contact Plaintiff's counsel by phone at (202) 639-6046, by facsimile at (202) 639-6066, or by e-mail at mvandenberg@jenner.com. Contacting Ms. Mazengo's attorneys or Ms. Mazengo directly to discuss settlement, however, is not a substitute for filing an immediate response to the Complaint.

If we are not able to settle this matter and if you do not file and serve a response to the Complaint within one week of the date of this letter, Plaintiff will ask the Court to enter your default and to enter judgment against you, including monetary damages, attorneys' fees, and costs. Once again, we urge you to contact Plaintiff's counsel to settle this matter promptly or to file and serve a response to the Complaint immediately.

Sincerely,

Martina E. Vandenberg