IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO,

       Plaintiff,

v.

ALAN MZENGI, *et al.*,

       Defendants.

Civil Action No. 1:07-cv-00756 (RMC)

## DEFAULT JUDGMENT

Based upon Plaintiff's Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED that:

1. Defendants' actions with respect to the Plaintiff constitute (1) violations of the prohibition of involuntary servitude under the Thirteenth Amendment of the United States Constitution and 18 U.S.C. § 1584; (2) violations of the Trafficking Victims Protection Act of 2000, 18 U.S.C. §§ 1589, 1590, both with respect to trafficking and forced labor; (3) violations of the Fair Labor Standards Act, 29 U.S.C. § 206(a), and the United States Department of Labor regulations thereto; (4) violations of the Maryland Wage and Hour Law, Md. Code Ann., Labor - Employment, §§ 3-401, *et seq.*; (5) fraudulent inducement; (6) unjust enrichment; (7) breach of contract; and (8) negligent infliction of emotional distress.

2.	Plaintiff's motion for a hearing to determine the appropriate sum of damages, attorneys' fees, and costs is hereby GRANTED.

DATED: _____   BY: _____

Hon. Rosemary M. Collyer
United States District Judge