AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ZIPORA MAZENGO

   Plaintiff(s)    )
            ) **APPEARANCE**
            )
   vs.       ) CASE NUMBER 1:07-cv-00756-RMC
ALAN S. MZENGI AND STELLA MZENGI )
            )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Anjan Choudhury  as counsel in this
            (Attorney's Name)

case for: Zipora Mazengo vs. Alan S. Mzengi and Stella Mzengi
       (Name of party or parties)

April 16, 2007
Date

*(signature)*
Signature

D.C. Bar No. 497271
BAR IDENTIFICATION

Anjan Choudhury
Print Name

Jenner & Block, LLP 601 13th Street, NW Suite 1200
Address

Washington DC   20005
City   State   Zip Code

202-639-6082
Phone Number