UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO, | ) |
|       Plaintiff, | ) |
| v. | ) Civ. Action No. 07-756 (RMC) |
| ALAN MZENGI, *et al.*, | ) |
|       Defendants. | ) |

### ORDER

This matter is before the Court on Plaintiff Zipora Mazengo's Motion for Default Judgment and Hearing to Assess Damages. Ms. Mazengo commenced this action on April 25, 2007, alleging that Defendants Alan and Stella Mzengi falsely imprisoned her and subjected her to involuntary servitude and forced labor in violation of federal law. Ms. Mazengo filed affidavits of service on May 1, 2007, indicating that Mr. Mzengi had been personally served with the complaint and summons at the Mzengis' place of residence in Silver Spring, Maryland, and that Mr. Mzengi had accepted substitute service on behalf of his wife. When the Mzengis failed to answer the complaint, Ms. Mazengo moved for entry of default, which was entered by the Clerk of Court on June 5, 2007. On June 22, 2007, Ms. Mazengo moved for default judgment, and, on August 15, 2007, the Court issued an order to show cause directing the Mzengis to show cause by September 14, 2007, why the motion for default judgment should not be granted. The Mzengis failed to respond to the order to show cause and have otherwise failed to enter an appearance in this matter.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. No. 13] is **GRANTED**, and judgment is hereby entered in favor of Plaintiff and against Defendants. And it is

**FURTHER ORDERED** that this case is assigned to Magistrate Judge Alan Kay for a report and recommendation after a hearing on damages.

**SO ORDERED.**

Date: October 1, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge