UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIPORA MAZENGO**,<br><br>      Plaintiff,<br><br>   v.<br><br>**ALAN S. MZENGI, et al.,**<br><br>      Defendants. | Civil Action No. 07-756 (RMC)(AK) |

## SCHEDULING ORDER

It is hereby

**ORDERED** that

1. A Hearing to Assess Damages will be held on December 7 and December 10, 2007. The hearing will commence on December 7 at 9:30 a.m.

2. Counsel for Plaintiff is ordered to file a brief summarizing the evidence to be presented at the hearing and addressing any relevant legal issues no later than November 23, 2007.

DATE: October 15, 2007        ____/s/_____
                              ALAN KAY
                              UNITED STATES MAGISTRATE JUDGE