UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIPORA MAZENGO,** :  :  **Plaintiff,** : : v. : : **ALAN S. MZENGI,** *et al.,* : :  **Defendants.** : | : **CIVIL ACTION NO. 1:07-cv-00756 (RMC)** : **(AK)** |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring members of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Daniel I. Weiner to appear and participate in proceedings in this Court in the above referenced action. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Mr. Weiner.

Mr. Weiner acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned are the members in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Weiner will be associated in this case.

WHEREFORE, for these and other such reasons, we respectfully request the Court to grant this Motion and enter the Order for admission pro hac vice.

Dated:  November 20, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK, LLP

　　　　　　　　　　　　　　　　　　　　　 /s/  Martina E. Vandenberg
　　　　　　　　　　　　　　　　　　　　By:　Martina E. Vandenberg (DC Bar #476685)
　　　　　　　　　　　　　　　　　　　　　　 601 Thirteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　 Suite 1200 South
　　　　　　　　　　　　　　　　　　　　　　 Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (202) 639-6000
　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (202) 639-4995
　　　　　　　　　　　　　　　　　　　　　　 E-mail:　　mvandenberg@jenner.com

**CERTIFICATE OF SERVICE**

  I certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  No counsel for the defendants has made an appearance in this matter.  Service was accomplished on the defendants through regular U.S. mail this twentieth day of November 2007 at their last known residence, 1820 Middlebridge Drive, Silver Spring, Maryland 20906, and at defendant Alan Mzengi's place of work, Embassy of the United Republic of Tanzania, 2139 R Street, N.W., Washington, D.C. 20008.

             *Counsel for Plaintiff Zipora Mazengo*

             /s/  Martina E. Vandenberg
             Martina E. Vandenberg

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIPORA MAZENGO,** | : |
| | :   **CIVIL ACTION NO. 1:07-cv-00756 (RMC)** |
| **Plaintiff,** | :   **(AK)** |
| | : |
| **v.** | : |
| | : |
| **ALAN S. MZENGI,** *et al.,* | : |
| | : |
| **Defendants.** | : |

**CERTIFICATION OF DANIEL I. WEINER IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*** 

    Daniel I. Weiner hereby certifies that:

1.    His full name is Daniel Isaac Weiner.

2.    His address and telephone number are:

    Jenner & Block, LLP
    601 Thirteenth Street, N.W.
    Suite 1200 South
    Washington, D.C.  20005
    Telephone:  (202) 637-6360
    Facsimile:  (202) 661-4995

3.    He has been admitted to practice law in the Appellate Division, Third Judicial Department of New York, the Supreme Judicial Court of Massachusetts, and the United States Court of Appeals for the Eighth Circuit.  He is in good standing in all of the referenced Courts.  His attorney registration number in New York is 4426391.  His identification number in Massachusetts is 668994.

    4.       He commenced employment at Jenner & Block on October 8, 2007.  He intends to apply for admission to the Bar of the District of Columbia in accordance with D.C. App. Rule 46(c)(3).

    5.       He has read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

    6.       He has not been disciplined by any bar.

    7.       To the best of his recollection, he has not been admitted *Pro Hac Vice* in this Court within the last two years.

Dated:  November 20, 2007                    Respectfully submitted,

                                                  JENNER & BLOCK, LLP

                                                  /s/  Daniel I. Weiner
                                                  Daniel I. Weiner
                                                  601 Thirteenth Street, N.W.
                                                  Suite 1200 South
                                                  Washington, D.C.  20005
                                                  Telephone:  (202) 639-6000
                                                  Facsimilie:  (202) 639-4995
                                                  E-mail:      dweiner@jenner.com

**CERTIFICATE OF SERVICE**

      I certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  No counsel for the defendants has made an appearance in this matter.  Service was accomplished on the defendants through regular U.S. mail this twentieth day of November 2007 at their last known residence, 1820 Middlebridge Drive, Silver Spring, Maryland 20906, and at defendant Alan Mzengi's place of work, Embassy of the United Republic of Tanzania, 2139 R Street, N.W., Washington, D.C. 20008.

                                                /s/  Martina E. Vandenberg
                                                Martina E. Vandenberg

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIPORA MAZENGO,** :<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**ALAN S. MZENGI,** *et al.,* :<br>:<br>**Defendants.** : | **CIVIL ACTION NO. 1:07-cv-00756 (RMC)**<br>**(AK)** |

## [PROPOSED] ORDER

Upon consideration of the motion of Martina E. Vandenberg, Esq. (D.C. Bar No. 476685), an active member of the Bar of this Court, for the admission *pro hac vice* of Daniel I. Weiner, and for good cause shown, it is, this _____ day of _____, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Daniel I. Weiner be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia

SO ORDERED.

_____
Magistrate Judge Alan Kay, United States
District Court for the District of Columbia