## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ZIPORA MAZENGO**,

    Plaintiff,

    v.                                                     Civil Action No. 07-756 (RMC)(AK)

**ALAN S. MZENGI, et al.,**

    Defendants.


## AMENDED SCHEDULING ORDER

It is hereby

**ORDERED** that the Hearing to Assess Damages that was scheduled to commence on December 7, 2007 will now begin on December 10, 2007 at 10:30 a.m; and it is further

**ORDERED** that in light of Plaintiff's need for videoconferencing equipment, the parties shall contact chambers at (202) 354-3030 in advance of the hearing to determine in what courtroom the proceedings will be held.


DATE: November 28, 2007                    _____/s/_____
                                           ALAN KAY
                                           UNITED STATES MAGISTRATE JUDGE