UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO                )
                              )
       Plaintiff,             )
                              )
v.                            )
                              )   Civil Action No. 1:07-cv-00756 (RMC)(AK)
ALAN MZENGI, *et al*.         )
                              )
       Defendants.            )

## AFFIDAVIT OF COUNSEL FEES

| Name | Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Martina E. Vandenberg | 80.25 | $425.00 | $34,106.25 |
| Daniel I. Weiner | 75.00 | $300.00 | $22,500.00 |
| Anjan Choudhury | 43.50 | $325.00 | $14,137.50 |
| Lorelie S. Masters | 8.50 | $525.00 | $4,462.50 |
| Cheryl L. Olson | 12.75 | $235.00 | $2,996.25 |
| Michael J. Mahoney | 14.00 | $125.00 | $1,750.00 |
| Jason M. Berrus | 2.00 | $125.00 | $250.00 |
| Tricia J. Peavler | 1.00 | $235.00 | $235.00 |
| Stephen S. Mellin | 0.25 | $235.00 | $58.75 |
| | | Total Fees | $80,496.25 |

This report is accurate as of December 2, 2007. We reserve the right to amend this affidavit as the case progresses.

I solemnly affirm under penalty of perjury that the foregoing is an accurate statement of hours expended by Plaintiff's counsel in the litigation in this matter. The fees stated are fair and reasonable for this region.

Respectfully submitted,

Dated: December 7, 2007

/s/ Martina E. Vandenberg
Martina E. Vandenberg (Bar No. 476685)
Lorelie S. Masters (Bar No. 358686)
Anjan Choudhury (Bar No. 497271)
Daniel I. Weiner*

* Admitted Pro Hac Vice

JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005
Tel: (202) 639-6046
Fax: (202) 639-6066
lmasters@jenner.com
mvandenberg@jenner.com
achoudhury@jenner.com
dweiner@jenner.com

*Attorneys for Plaintiff, Zipora Mazengo*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of December, 2007, I filed the foregoing Affidavit of Counsel Fees electronically, through the Court's ECF system, and further certify that I served said Notice of Filing on defendant's counsel, via overnight mail, at the following address:

        Samuel N. Omwenga
        Law Office of Samuel N. Omwenga, P.C.
        1020 19th Street, NW
        Suite 400
        Washington, DC 20036

        _____
        Martina E. Vandenberg