## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-00756 (RMC)(AK) |
| ) | |
| ALAN MZENGI, *et al.* ) | |
| ) | |
| Defendants ) | |

### AFFIDAVIT OF COUNSEL FEES

| Date | Activity | Name | Time Spent | Hourly Rate | Total Fees |
|------|----------|------|------------|-------------|------------|
| 4/25/2007 | Final review of pleadings | Elizabeth Keyes | 0.5 | $120.00 | $60.00 |
| 4/25/2007 | Revisions to complaint | Elizabeth Keyes | 1 | $120.00 | $120.00 |
| Mar-07 | Drafting of complaint | Elizabeth Keyes | 8 | $120.00 | $960.00 |
| Mar-07 | Research related to drafting of complaint | Elizabeth Keyes | 20 | $120.00 | $2,400.00 |
| | | | | **TOTAL FEES** | $3,540.00 |

Explanation of Hourly Rates
Elizabeth Keyes, Lawyer with 2.5 years experience: $120 per hour

I solemnly affirm under penalty of perjury that the foregoing is an accurate statement of hours expended by one of the Plaintiff's counsel in the litigation of this matter. The fees stated are fair and reasonable.

Respectfully submitted,

_____/s/_____
Elizabeth Keyes, Esq.
WEAVE, Inc.
1111 16th Street NW, Suite 200
Washington DC 20036
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

**DECEMBER 7, 2007**

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2007, I filed the foregoing Affidavit of Counsel Fees electronically, through the Court's ECF system, and further certify that I served said Notice of Filing on defendant's counsel, via overnight mail, at the following address:

Samuel N. Omwenga
Law Office of Samuel N. Omwenga, P.C.
1020 19th Street, NW
Suite 400
Washington, DC 20036

Martina E. Vandenberg