UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZIPORA MAZENGO**,<br><br>    Plaintiff,<br><br>    v.<br><br>**ALAN S. MZENGI, et al.,**<br><br>    Defendants. | Civil Action No. 07-756 (RMC)(AK) |

## ORDER

Pending before the Court is Defendant Alan Mzengi's Motion to Continue Hearing, filed by attorney Samuel Omwenga on December 7, 2007, and Plaintiff's Opposition thereto. Although the Court notes that Mr. Omwenga has not entered his appearance in this matter and cannot represent Mr. Mzengi until he does so, the Court will grant Defendant's Motion. The damages hearing as to Defendant Alan Mzengi is continued for forty-five days until January 24, 2008 or until such other date after January 24, 2008 that is mutually agreeable to the parties and the Court.

DATED: *nunc pro tunc* December 7, 2007            /s/
                                                                        ALAN KAY
                                                                        UNITED STATES MAGISTRATE JUDGE