UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:07-cv-00756 (RMC)(AK) |
| ALAN MZENGI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT ALAN MZENGI'S MOTION TO CONTINUE HEARING**

Plaintiff Zipora Mazengo hereby moves to oppose Defendant Alan Mzengi's Motion to Continue Hearing for the following reasons:

1.  Defendant Alan Mzengi has filed a Motion to Continue Hearing set for December 10, 2007, to determine damages, for 45 days.

2.  This Motion was filed on the eve of trial, despite the fact that Defendants Alan Mzengi and Stella Mzengi were served with Ms. Mazengo's Complaint on April 26, 2007. Defendant Alan Mzengi has chosen to appear in this matter 223 days after learning of the suit. The Court ordered a Default Judgment 67 days ago.

3.  We oppose this eleventh-hour effort to derail the hearing on damages. As a preliminary matter, there are two defendants in this case. No one had appeared on behalf of either until last night at 5.30 p.m. At that time, Samuel N. Omwenga, Esq. contacted Plaintiff's counsel on behalf of Defendant Alan Mzengi. No one has yet appeared on behalf of Defendant Stella Mzengi.

RECEIVED

DEC 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.  We oppose any effort to continue this hearing, which has been scheduled on the docket for more than six weeks. The case itself has been pending since April 25, 2007. Both defendants have had ample notice of the case, which was reported in *The Washington Post* on May 2, 2007. Plaintiff's counsel is ready to present Ms. Mazengo's case as scheduled on Monday, December 10, 2007. We have an expert witness who has set aside time on Monday to testify, and the Bankruptcy Court in Salt Lake City, Utah, has expended substantial judicial resources in setting up a videolink for the expert's testimony on Monday morning.

5.  Ms. Mazengo will be severely prejudiced by the grant of a continuance. Witnesses have spent much time preparing. Judicial resources that have been reserved, such as the Salt Lake City courtroom, may not be available at a later date. Most importantly, we continue to have serious concerns that Defendant Alan Mzengi will leave the country. Upon information and belief, Stella Mzengi has already returned to Tanzania.

6.  The motion states that Defendant Alan Mzengi plans to file for relief from the default judgment under Fed. R. Civ. P. 60(b)(1), which permits continuance only in the case of "mistake, inadvertence, surprise, or excusable neglect." No such showing has remotely been made.

7.  We believe that Ms. Mazengo's testimony will be helpful in assisting the Court to adjudicate the issues that may be raised in Defendant's motion for relief from the default judgment.

8.  At a minimum, the hearing should proceed against Defendant Stella Mzengi, who has yet to make an appearance in this case. Plaintiff Ms. Mazengo stands ready to move forward.

Respectfully submitted,

Dated: Washington, D.C.
December 7, 2007

*Lorelie S Masters*
Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Anjan Choudhury (Bar No. 497271)
Daniel I. Weiner*
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005
Tel: (202) 639-6046
Fax: (202) 639-6066
lmasters@jenner.com
mvandenberg@jenner.com
achoudhury@jenner.com
dweiner@jenner.com

* Admitted Pro Hac Vice

*Attorneys for Plaintiff Zipora Mazengo*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN MZENGI, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv-00756 (RMC)(AK) |

[PROPOSED] ORDER DENYING
DEFENDANT ALAN MZENGI'S MOTION TO CONTINUE HEARING

Upon consideration of the Defendant Alan Mzengi's Motion to Continue Hearing, Plaintiffs' Opposition thereto, and the record herein, it is hereby this ___ day of December, 2007,

ORDERED that Defendant's Motion is DENIED in all respects.

_____
Alan Kay, United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of December, 2007, a copy of Plaintiff's Opposition to Defendant Alan Mzengi's Motion to Continue Hearing was delivered via email and by hand to the following:

Samuel N. Omwenga, Esq.
Law Office of Samuel Omwenga, PC
1020 19th Street, NW
Suite 400
Washington, DC 20036
s.omwenga@omwenga.com

*Lorelie S. Masters*
Lorelie S. Masters