UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-756 (RMC) |
| ) | |
| ALAN S. MZENGI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the December 20, 2007 Report and Recommendation issued by Magistrate Judge Kay concerning damages owed to Plaintiff Zipora Mazengo by Defendant Stella Mzengi. *See* Dkt. # 25. After consideration of the evidence presented at a hearing on December 10, 2007, Magistrate Judge Kay recommended that this Court award Ms. Mazengo damages and attorneys' fees in the amount of $1,059,348.79. No objections to the Report and Recommendation have been received by the Court. It is hereby

**ORDERED** that the December 20, 2007 Report and Recommendation [Dkt. # 25] is **ADOPTED**.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 16, 2008