UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
                                )
ZIPORA MAZENGO                  )
                                )
         Plaintiff,             )
                                )
v.                              )
                                )   Civil Action No. 1:07-cv-00756 (RMC)(AK)
ALAN MZENGI, *et al.*           )
                                )
         Defendants.            )
_____)

## NOTICE

1.      Plaintiff's counsel has reviewed Magistrate Judge Kay's Report and Recommendation of December 20, 2007 relating to damages against defendant Stella Mzengi. Plaintiff's counsel has also reviewed Judge Collyer's January 16, 2008 Order adopting that Report and Recommendation on damages. We have been forwarding all of these documents to counsel for Alan Mzengi, Samuel Omwenga, Esq., upon receipt.

2.      The docket indicates that a damages hearing against Alan Mzengi remains scheduled for January 24, 2008. Plaintiff is prepared to conduct such a hearing, and our witnesses, Plaintiff Zipora Mazengo and Mr. Gary Ray, will be available to testify on that date. We have also made arrangements with the bankruptcy court in Salt Lake City, Utah for Mr. Ray to testify remotely.

3.      While Plaintiff's counsel have made all necessary preparations to repeat the entire damages hearing that the Court held on December 10, 2007, Plaintiff does not believe that such a

hearing is necessary at this time. The two defendants — Alan and Stella Mzengi — are jointly and severally liable for the damages award entered against Mrs. Stella Mzengi.

4. There is no question that Alan Mzengi employed Ms. Zipora Mazengo, just as Stella Mzengi did. As a result, the Mzengis constitute joint employers, and Alan Mzengi is jointly and severally liable for the damages owed by Stella Mzengi. *Schultz v. Capital Int'l Security, Inc.*, 466 F.3d 298, 305-06 (4th Cir. 2006). Ms. Mazengo is not bringing any damages claims unique only to Alan Mzengi. Thus, this Court should recommend an identical damage assessment against Alan Mzengi for all of the same reasons articulated in the Report and Recommendation concerning damages owed by Stella Mzengi.

5. Mr. Samuel Omwenga, Mr. Mzengi's counsel, has not yet entered his appearance. Nor has he served any motions or briefs, as he stated that he would do in his request for a continuance, unofficially filed on December 7, 2007. Mr. Omwenga has not made any effort to re-initiate settlement negotiations.

6. Because we do not know what Defendant Alan Mzengi's plans for the hearing on January 24, 2008 might be, Plaintiff's counsel has prepared for another full trial on damages. Plaintiff's counsel contacted Mr. Omwenga today to inquire about his plans for the hearing on January 24, 2008. He informed us that he must first meet with his client later today, and then will inform us about any plans after that meeting. Plaintiff's counsel will provide any additional information as it becomes available to us.

7. In the interest of judicial economy, Plaintiff's counsel hereby places the Court and the Defendants on notice that Plaintiff Zipora Mazengo will move to have the damages Order entered against Mrs. Stella Mzengi on January 16, 2008 entered also against Mr. Alan Mzengi.

Dated: Washington, D.C.
January 22, 2008

\* Admitted Pro Hac Vice

Respectfully submitted,

*Lorelie S. Masters* (msv)
―――――――――――――――――――――
Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Anjan Choudhury (Bar No. 497271)
Daniel I. Weiner\*
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005
Tel: (202) 639-6046
Fax: (202) 639-6066
lmasters@jenner.com
mvandenberg@jenner.com
achoudhury@jenner.com
dweiner@jenner.com


*Attorneys for Plaintiff, Zipora Mazengo*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of January, 2008, I caused to be served by First Class Mail a copy of Plaintiff's Notice upon the following:

Samuel N. Omwenga, Esq.
Law Office of Samuel Omwenga, PC
1020 - 19th Street, N.W.
Suite 400
Washington, D.C.  20036

_____
Martina E. Vandenberg