# United States District Court
# For the District of Columbia

ZIPORA MAZENGO

        Plaintiff(s)    )
                                )   **APPEARANCE**
                                )
            vs.           )   CASE NUMBER   1:07-cv-00756(RMC)(AK)
ALAN MZENGI, ET AL    )
                                )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Samuel N. Omwenga, Esq.   as counsel in this
                                     (Attorney's Name)

case for:   Defendant Alan Mzengi
                (Name of party or parties)


February 1, 2008
Date

                                              Signature

                                              Samuel N. Omwenga, Esq.
DC461761                                      Print Name
BAR IDENTIFICATION

                                              1020 19th Street, NW., Suite 400
                                              Address

                                              Washington, DC  20036
                                              City        State        Zip Code

                                              (202) 508-8252
                                              Phone Number