UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZIPORA MAZENGO            )
                          )
      Plaintiff,          )
                          )
                          )  Civil Action No.: 1:07-cv-00756(RMC)(AK)
      v.                  )
                          )
ALAN MZENGI, et al.       )
                          )
      Defendants          )

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENTER DAMAGES AWARD AGAINST DEFENDANT ALAN MZENGI

Defendant Alan Mzengi, through undersigned counsel, opposes

Plaintiff's Motion to Enter Damages Award Against Defendant Alan Mzengi on

grounds the judgment upon which it is based is void as the Court did not have

jurisdiction to enter the default judgment.  Defendant has herewith filed his

Defendant's Motion to Vacate Judgment on this ground and moves the Court to

grant the Motion therefore rendering moot Plaintiff's Motion.

Respectfully submitted,

Samuel N. Omwenga, Esq.
Counsel for Defendant
1020 19th Street, NW
Suite 400
Washington, DC 20036
Tel.: (202) 508-8252
Fax: (202) 330-5247
E: s.omwenga@omwenga.com

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Opposition to Enter Damages Award Against Defendant Mzengi has been served, via email and First Class Mail, upon Plaintiff's Counsel, Martina E Vandenberg, Jenner & Block, 601 13th Street, NW, Suite 1200 South, Washington, DC 20005 this 1st day of February, 2008.

_____

Samuel N. Omwenga, Esq.