UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-756(RMC)(AK) |
| ALAN MZENGI, et al. | ) |
| Defendants | ) |

## SUPPLEMENT TO DEFENDANT'S MEMORANDUM OF LAW AND POINTS OF AUTHORITIES

Defendant, through undersigned counsel, filed a Memorandum of Law and Points of Authorities in Support of his Motion to Vacate. Counsel has noted the Memorandum is not signed in compliance with Local Rules and hereby attaches signed Page 8 and 9 of the Memorandum and begs the Court's indulgence.

Respectfully submitted,

_____
Samuel N. Omwenga, Esq.
Counsel for Defendant
1020 19th Street, NW
Suite 400
Washington, DC 20036
Tel.: (202) 508-8252
Fax: (202) 330-5247

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Supplement to Defendant's Memorandum of Law and Points of Authorities, has been has been served, via facsimile and First Class Mail, upon Plaintiff's Counsel, Martina E Vandenberg, Jenner & Block, 601 13th Street, NW., Suite 1200 South, Washington, DC 20005 this 7th day of December, 2007.

_____
Samuel N. Omwenga, Esq.

## CONCLUSION

For the foregoing reasons, Mr. Mzengi moves this Court to grant his Motion to Vacate Default Judgment.

Respectfully submitted,

_____
Samuel N. Omwenga, Esq.
Counsel for Defendant
1020 19th Street, NW
Suite 400
Washington, DC 20036
Tel.: (202) 508-8252
Fax: (202) 330-5247
E: s.omwenga@omwenga.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Memorandum of Law and Points of Authorities in Support of Defendant Mzengi's Motion to Vacate Default Judgment has been served, via email and First Class Mail, upon Plaintiff's Counsel, Martina E Vandenberg, Jenner & Block, 601 13th Street, NW., Suite 1200 South, Washington, DC 20005 this 1st day of February, 2008.

_____
Samuel N. Omwenga, Esq.