# United States District Court
# For the District of Columbia

ZIPORA MAZENGO

      Plaintiff(s)

vs.

ALAN MZENGI, ET AL.

      Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-cv-00756(RMC)(AK)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Samuel N. Omwenga, Esq.__ as counsel in this
                                  (Attorney's Name)

case for: __Defendant Alan Mzengi__
           (Name of party or parties)

February 1, 2008
Date

_(signature)_
Signature

DC461761
BAR IDENTIFICATION

Samuel N. Omwenga, Esq.
Print Name

1020 19th Street, NW., Suite 400
Address

Washington, DC  20036
City    State    Zip Code

(202) 508-8252
Phone Number