UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO,<br><br>        Plaintiff,<br>v.<br><br>ALAN S. MZENGI, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-756 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion to Enter Damages Award Against Defendant Alan Mzengi [Dkt. # 29] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Alan Mzengi's Motion to Vacate Default Judgment [Dkt. # 30] is **DENIED**; and it is

**FURTHER ORDERED** that the December 20, 2007 Report and Recommendation [Dkt. # 25] is **ADOPTED** against Alan Mzengi; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

                                                                                                              /s/_____
                                                  ROSEMARY M. COLLYER
                                                  United States District Judge

Date: April 10, 2008