# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIPORA MAZENGO, | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-cv-00756 (RMC) |
| ALAN MZENGI, *et al.*, | |
| Defendants. | |

## EMERGENCY MOTION FOR ENTRY OF FINAL JUDGMENT IN SINGLE ORDER

1.      Plaintiff Zipora Mazengo respectfully requests that this Court enter a final judgment in this matter, as permitted under Fed. R. Civ. P. 58.  Ms. Mazengo has initiated proceedings in Maryland state court to enforce this Court's judgment against defendants Alan and Stella Mzengi.  Because of the procedural complexity and the large number of orders in this case, Ms. Mazengo has confronted difficulties in enforcement.

2.      Ms. Mazengo requests that the proposed order attached to this emergency motion be entered on an expedited basis.  Ms. Mazengo has been reliably informed that the defendant, Alan Mzengi, plans to leave the country in the coming days.  If Ms. Mazengo is to enforce this Court's judgment for $1,059,348.79, she must move to garnish and attach property immediately.

3.      Defendants have made no efforts whatsoever to comply with the Court's judgment and Alan Mzengi has refused to cooperate in post-judgment discovery.  He failed to appear for a deposition properly noticed for April 23, 2008.  *See* Ex. 1-2 (attached).

Respectfully submitted,

Dated: Washington, D.C.
        April 25, 2008

*Lorelie S Masters*

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Anjan Choudhury (Bar No. 497271)
Daniel I. Weiner*

*Admitted Pro Hac Vice

JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005
Tel: (202) 639-6046
Fax: (202) 639-6066
mvandenberg@jenner.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, a true and correct copy of the foregoing Emergency Motion for Entry of Final Judgment in Single Order and Proposed Order were served electronically through the Court's ECF filing system and by United States mail on Defendant's counsel of record, Mr. Samuel N. Omwenga, Esq., 1020 19th Street, N.W., Suite 400, Washington, DC 20036.

_____

Anjan Choudhury

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|                              |                                        |
|------------------------------|----------------------------------------|
| ZIPORA MAZENGO,              |                                        |
|          Plaintiff,          |                                        |
| v.                           | Civil Action No. 1:07-cv-00756 (RMC)   |
| ALAN MZENGI, *et al.*,       |                                        |
|          Defendants.         |                                        |

## NOTICE OF RULE 69 POST-JUDGMENT DEPOSITION OF ALAN MZENGI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Proc. 69(a)(2), Local Rule 30.1, and D.C. Super. Ct. Civ. R. 30, 69-I, counsel for Zipora Mazengo will take the deposition by oral examination of Alan Mzengi. It is believed that Alan Mzengi resides at 1820 Middlebridge Drive, Silver Spring, MD 20906, and works at the Embassy of the United Republic of Tanzania, 2139 R Street, NW, Washington, DC 20008. Alan Mzengi is represented in the above-captioned matter by Samuel N. Owenga, P.C., 1020 19th Street, NW, Suite 400, Washington, DC 20036.

The deposition will commence at 9:00 A.M. on Wednesday April 23, 2008. The deposition will take place at the law offices of Jenner & Block LLP, 601 Thirteenth Street NW, Suite 1200 South, Washington, DC 20005. The deposition will be recorded by stenographic means.

Respectfully submitted,

Dated: Washington, D.C.
April 15, 2008

Lorelie S. Masters (Bar No. 358686)
Martina E. Vandenberg (Bar No. 476685)
Anjan Choudhury (Bar No. 497271)
Daniel I. Warner*

*Admitted Pro Hac Vice

JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel: (202) 639-6046
Fax: (202) 639-6066
mvandenberg@jenner.com

*Attorneys for Plaintiff, Zipora Mazengo*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this fifteenth day of April, 2008, a true and correct copy of the

foregoing Notice of Rule 69 Post-Judgment Deposition of Alan Mzengi was served by hand, first

class mail and electronic mail on Defendant's counsel of record, Mr. Samuel N. Omwenga, Esq.,

1020 19th Street, N.W., Suite 400, Washington, DC 20036.

_____

Daniel I. Weiner

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

```
------------------------------X
ZIPORA MAZENGO,               :
                              :
          Plaintiff           :  Civil Action No:
                              :  1:07-cv-00756
             -vs-             :  (RMC)
                              :
ALAN MZENGI, et al.,          :  Pages 1 - 5
                              :
          Defendants.         :
------------------------------X
```

Scheduled Deposition of Alan Mzengi

Washington, D.C.

Wednesday, April 23, 2008

Reported by:  Kathleen M. Vaglica, RMR

Job No:  187023

a40e0235-13d8-4d76-b8d1-9ab6b981f18f

Alan Mzengi

Page 2

```
1
2
3
4
5
6
7                    April 23, 2008
8                    (9:35 a.m.)
9
10  Scheduled deposition of Alan Mzengi, held at the
11  offices of:
12
13     Jenner & Block
14     601 13th Street, N.W.
15     Suite 1200 South
16     Washington, D.C. 20005
17
18
19  Pursuant to notice, before Kathleen M. Vaglica, RMR,
20  a Notary Public in and for the District of Columbia.
21
22
```

Page 4

```
           P R O C E E D I N G S
1
2      MR. WEINER: It's 9:35. Defendant has not
3   appeared. The record should reflect that Martina
4   Vandenberg and Daniel Weiner and the court reporter
5   waited one half hour for the Defendant, and
6   Defendant has not appeared. Since it looks like the
7   Defendant is not going to appear, we'll adjourn the
8   deposition. Thank you.
9      (Whereupon, at 9:36 p.m., the taking of
10  the scheduled deposition was concluded.)
11                    *  *  *
12
13
14
15
16
17
18
19
20
21
22
```

Page 3

```
1           A P P E A R A N C E S
2
3
4   COUNSEL FOR PLAINTIFF
5      DANIEL I. WEINER, ESQUIRE
6      MARTINA VANDENBERG, ESQUIRE
7   Jenner & Block
8   601 13th Street, N.W.
9   Suite 1200 South
10  Washington, D.C. 20005
11  (202) 639-6000
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

```
1      CERTIFICATE OF STENOTYPE REPORTER
2
3      I, Kathleen M. Vaglica, RMR, certify that the
4   foregoing proceedings had in the above-entitled
5   matter were taken by me in stenotype and thereafter
6   reduced to typewriting under my direction and
7   control, and that said transcription is a true
8   record of the proceedings; that I am neither counsel
9   for, related to, nor employed by any of the parties
10  to the action in which this proceeding was taken;
11  and, further, that I am not a relative or employee
12  of any attorney or counsel employed by the parties
13  hereto, nor financially or otherwise interested in
14  the outcome of the action.
15
16
17
18              Kathleen M. Vaglica,
19              Registered Merit Reporter
20
21
22
```

2 (Pages 2 to 5)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                )
                                )
ZIPORA MAZENGO,                 )
                                )
          Plaintiff,            )
                                )
v.                              )     Civil Action No. 1:07-cv-00756 (RMC)(AK)
                                )
ALAN MZENGI, *et al.*,          )
                                )
          Defendants.           )
_____)


## [PROPOSED] ORDER

Based upon Plaintiff's Emergency Motion, and good cause appearing therefore, it is

hereby ORDERED AND ADJUDGED THAT judgment is entered against Alan and Stella

Mzengi, jointly and severally, in the amount of $1,059,348.70 and $84,036.25 in attorneys' fees.


DATED: _____     BY: _____
                                      Hon. Rosemary M. Collyer
                                      United States District Judge