UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIPORA MAZENGO,<br><br>      Plaintiff,<br>v.<br><br>ALAN S. MZENGI, *et al.*,<br><br>      Defendants. | Civil Action No. 07-756 (RMC) |

## ORDER

For the reasons stated in Plaintiff's Emergency Motion for Entry of Final Judgment in Single Order, it is hereby

**ORDERED** that Plaintiff's Emergency Motion for Entry of Final Judgment in Single Order [Dkt. # 38] is **GRANTED**; and it is

**FURTHER ORDERED and ADJUDGED** that judgment is entered against Alan and Stella Mzengi, jointly and severally, in the amount of $1,059,348.79, which is allocated in the following manner:

    $510,249.21 in treble damages under the Maryland Wage and Hour Law;
    $45,101.69 in compensatory damages for unjust enrichment;
    $19,961.64 in compensatory damages for fraudulent inducement;
    $250,000.00 in compensatory damages for emotional distress;
    $150,000.00 in punitive damages; and
    $84,036.25 in attorney's fees.

    **SO ORDERED**.

                                      _____/s/_____
                                      ROSEMARY M. COLLYER
                                      United States District Judge

Date: April 28, 2008