IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

ZIPORA MAZENGO
PLAINTIFF

vs.                                         Case No.: 295598-V

ALAN MZENGI
DEFENDANT

Other Court's Case#:  07-756(RMC)

## NOTICE OF FOREIGN JUDGMENT
(558)

**I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on April 24th, 2008:

CERTIFIED COPY OF JUDGMENT FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FILED ON JANUARY 16, 2008 IN FAVOR OF THE PLAINTIFF ZIPORA MAZENGO AND AGAINST DEFENDANT ALAN S. MZENGI FOR DAMAGES AND ATTORNEYS' FEES IN THE AMOUNT OF ONE MILLION FIFTY-NINE THOUSAND THREE HUNDRED FORTY-EIGHT DOLLARS AND SEVENTY-NINE CENTS ($1,059,348.79), ENTERED.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

*Loretta E. Knight*
Clerk of the Circuit Court for
Montgomery County, Maryland

**RECEIVED**
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

FOREIGN 04/28/2008 11:24:64