IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

ZIPORA MAZENGO
PLAINTIFF

vs.                                    Case No.: 295598-V

ALAN MZENGI
DEFENDANT

Other Court's Case#:   07-756(RMC)

### NOTICE OF FOREIGN JUDGMENT
(558)

**I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on May 1st, 2008:

CERTIFIED COPY OF JUDGMENT FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FILED ON APRIL 28, 2008 IN FAVOR OF THE PLAINTIFF ZIPORA MAZENGO AND AGAINST DEFENDANT ALAN S. MZENGI FIVE HUNDRED TEN THOUSAND TWO HUNDRED FORTY-NINE DOLLARS AND TWENTY-ONE CENTS ($510,249.21) IN TREBLE DAMAGES UNDER THE MARYLAND WAGE AND HOUR LAW; FORTY-FIVE THOUSAND ONE HUNDRED ONE DOLLARS AND SIXTY-NINE CENTS ($45,101.69) IN COMPENSATORY DAMAGES FOR UNJUST ENRICHMENT; NINETEEN THOUSAND NINE HUNDRED SIXTY-ONE DOLLARS AND SIXTY-FOUR CENTS ($19,961.64) IN COMPENSATORY DAMAGES FOR FRAUDULENT INDUCEMENT; TWO HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($250,000.00) IN COMPENSATORY DAMAGES FOR EMOTIONAL DISTRESS; ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) IN PUNITIVE DAMAGES; AND EIGHTY-FOUR THOUSAND THIRTY-SIX DOLLARS AND TWENTY-FIVE CENTS ($84,036.25) IN ATTORNEY'S FEES, ENTERED.

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

*Loretta E. Knight*
Clerk of the Circuit Court for
Montgomery County, Maryland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

RECEIVED

MAY 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOREIGN 05/21/2008 13:26:59